# JAMES J. BINNS, P.C.
**Attorney at Law**

October 23, 2007

Governor Jon Corzine
Office of the Governor
PO Box 001
Trenton, NJ 08625

Re:   **Larry Hazzard, Sr.**

Dear Governor Corzine:

I represent Larry Hazzard, Commissioner of the State Athletic Control Board of the State of New Jersey, Department of Law and Public Safety ("SACB"). Commissioner Hazzard has been subject to changes in office procedures that have resulted in a hostile work environment, the ramifications of which have placed in jeopardy the health, safety and welfare of participants in Athletic contests under his control.

A number of problems have arisen with respect to the job performance of Deputy Commissioner, Sylvester Cuyler. Deputy Cuyler's actions have jeopardized the welfare of contestants who engage in contests under the jurisdiction of the SCAB. Commissioner Hazzard has documented the shortcomings, however, he has been instructed by employees of the Attorney Generals' office not to document the malfeasance and misfeasance of Deputy Cuyler!

Moreover, an individual with no experience was transferred into the SACB at a $90,000.00 salary and given a theretofore non-existent title. Commissioner Hazzard was not consulted about this appointment and the job opportunity was not posted. Conversely, Commissioner Hazzard's attempts to secure a raise in salary for Catherine Tomasovic, one of his most critical office employees, have been repeatedly ignored.

| | | | |
|---|---|---|---|
| Alaska | Massachusetts | North Dakota | Suite 300 |
| California | Michigan | Oklahoma | 925 Harvest Drive |
| Colorado | Nebraska | Pennsylvania | Blue Bell, PA 19422 |
| District of Columbia | Nevada | Puerto Rico | Telephone 215.977.1037 |
| Florida | New Jersey | Tennessee | Telecopier 215.977.1099 |
| Georgia | New Mexico | Texas | E-Mail james@jamesbinns.net |
| Iowa | New York | West Virginia | www.jamesbinns.net |
| Maryland | | | |


EXHIBIT A

Commissioner Hazzard's documented concerns about Deputy Cuyler's job performance include, inter alia;

- allowing mismatches in amateur mixed martial arts ("MMA") contests;
- allowing a professional MMA participant to fight an amateur;
- failing to suspend a combatant who tested non-negative for HIV;
- accepting a CT Scan that revealed marked brain impairment (Stephan Johnson);
- allowing amateur promoters to deviate from sanction protocols;
- accepting medical submissions over the objections of commission physicians;
- allowing promoters to "shop" for medical doctors' approvals;
- allowing MMA promoters to deviate from sanction protocols;
- failing to collect the James Toney Bout Agreement;
- permitting a combatant to compete who did not attend a weigh-in ceremony;
- allowing urine samples to sit in unsecured refrigerators;
- permitting contestants to participate without submitting required medical documents;
- unilaterally reducing medical suspensions without consulting physicians and/or conducting post-fight testing;
- issuing licenses to unidentified individuals;
- allowing promoters to ignore their obligations regarding the payment of checks and the payment of ringside officials; and
- mismanaging the implementation of a medical database.

Immediately after Commissioner Hazzard was instructed not to record deficiencies in Deputy Cuyler's job performance**, an internal investigation was initiated about Commissioner Hazzard's involvement with a charitable organization, viz., COMBATT, and his relationship with the legal counsel assigned to the SACB. Although Commissioner Hazzard was interviewed he was never permitted to review a report that was based upon his interview and has not been advised as to whether the investigation of him is concluded. Additional measures have been taken to further eviscerate Commissioner Hazzard's position such as:

- prohibiting the long-standing practice of permitting SACB employees to stay at a casino / hotel unless the cost of the room is under $114.00;

- mandating that he share a hotel room with the attorney assigned to the SACB!

- prohibiting the use of a hotel room unless the event is over 70 miles from his residence;

- refusing reimbursement for meals and expenses

- denying his travel to confer with the Nevada Athletic Commission at his own expense; and

- foisting upon him a Caucasian, female administrator who has no experience in regulating athletic events and who has implemented costly scoring technology. She also advocates the granting of licenses at the time of the events under supervision instead of prior thereto.

It appears that the State and/or someone employed therein, is retaliating against Commissioner Hazzard for his efforts to regulate athletic contests in a manner designed to protect the State from wasting money and prevent lawsuits resulting from death and/or injury to contestants.

I respectfully request a meeting with you or your designee to discuss this situation which has adversely effected Commissioner Hazzard's health and placed in danger the health, safety and welfare of contestants in boxing, mixed martial arts and other physical combatant activities that fall under the supervision of the SACB.

will supply you with a file of Commissioner Hazzard's documented concerns.

_____

                    Respectfully,


                    JAMES J. BINNS

JJB:


Attorney General Anne Milgrim
Office of the Attorney General of New Jersey
P.O. Box 080
Trenton, NJ  08625-0080