7.    Please set forth with specificity the reasons for Plaintiff's termination.

-12-



8.      Please describe in detail any and all communications by, among or between any officers or agents of Defendants relative to the decision to terminate Plaintiff's employment. Please also identify any documents associated with said communications.

9. Identify each person who has been contacted by you as a fact witness, set forth the facts and circumstances known by that person, and identify each statement obtained from that person.

14-

10. Please identify all witnesses you intend to call at trial and provide a summary of each witness' anticipated testimony.

-15-

11  Identify all documents and/or individuals consulted in preparing your responses to Plaintiff's First Set of Interrogatories.

                SIDNEY L. GOLD & ASSOCIATES, P.C.

By: _____
       TRACI M. GREENBERG, ESQUIRE
       1835 Market Street
       Philadelphia, PA 19103
       (215) 569-1999
       **Attorneys for Plaintiff**

Date: March 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's First Set of Interrogatories Addressed to Defendants State Athletic Control Board of the State of New Jersey and Office of Attorney General of the State of New Jersey**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

> Noreen P. Kemether, Esquire
> Deputy Attorney General
> State of New Jersey -Division of Law
> R.J. Hughes Justice Complex
> 25 Market Street
> P.O. Box 112
> Trenton, New Jersey 08625

SIDNEY L. GOLD & ASSOCIATES, P.C.

By: _____
TRACI M. GREENBERG, ESQUIRE
Attorney's for Plaintiff

Dated: March 20, 2008