# Traci Greenberg

| | |
|---|---|
| From: | Traci Greenberg |
| Sent: | Thursday, August 07, 2008 11:38 AM |
| To: | 'Noreen Kemether' |
| Subject: | RE: Larry Hazzard |

Dear Ms. Kemether:

I am writing to follow up on my email of July 25, 2008. I still have not received Defendants' discovery responses to the discovery requests we propounded back in March. Please furnish Defendants' responses to Plaintiff's discovery requests no later than Friday, August 15, 2008 to avoid the filing of a motion to compel.

Thank you for your anticipated cooperation

Very truly yours,


Traci M. Greenberg, Esquire
SIDNEY L. GOLD & ASSOC., P.C
1835 Market Street, Ste. 515
Philadelphia, PA 19103
(215) 569-1999 phone
(215) 569-3870 facsimile

** CONFIDENTIALITY NOTE **

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.


-----Original Message-----
From: Noreen Kemether [mailto:Noreen.Kemether@dol.lps.state.nj.us]
Sent: Friday, July 25, 2008 11:58 AM
To: Traci Greenberg
Subject: Re: Larry Hazzard

Save the $ - no need to send overnight mail

Noreen P. Kemether, Esquire, MBA
Deputy Attorney General
State of New Jersey - Division of Law
R.J.Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625
609-777-3401 (direct dial)
fax: 609-984-6446
Noreen.Kemether@dol.lps.state.nj.us


>>> "Traci Greenberg" <TGreenberg@DiscrimLaw.net> 7/25/2008 11:39:42 AM
>>>
Dear Ms. Kemether:

We are sending Plaintiff's Responses to Defendants' Interrogatories and Request for Production of Documents via overnight mail. You will have the responses on Monday. Please let me know when I can expect to received your clients' responses to our discovery requests so that we can move forward and schedule depositions.

1

EXHIBIT D

I look forward to hearing from you

Very truly yours,


Traci M. Greenberg, Esquire
SIDNEY L. GOLD & ASSOC., P.C.
1835 Market Street, Ste. 515
Philadelphia, PA 19103
(215) 569-1999 phone
(215) 569-3870 facsimile

** CONFIDENTIALITY NOTE **

This e-mail message is confidential, intended only for the named
recipient(s) above and may contain information that is privileged, attorney work product
or exempt from disclosure under applicable law.
If
you have received this message in error, or are not the named recipient(s), please
immediately notify the sender and delete this e-mail message from your computer. Thank
you.




Notice:  This e-mail message and any attachment to this e-mail message contain information
that may be legally privileged and confidential from the State of New Jersey, Department
of Law and Public Safety, Division of Law.  If you are not the intended recipient, you
must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or
any attachments to it.
If you have received this e-mail in error, please immediately notify us by return e-mail
or by telephone at 609-292-5660 and delete this message. Please note that if this e-mail
message contains a forwarded message or is a reply to a prior message, some or all of the
contents of this message or any attachments may not have been produced by the State of New
Jersey, Department of Law and Public Safety, Division of Law.  This notice is
automatically appended to each e-mail message leaving the State of New Jersey, Department
of Law and Public Safety, Division of Law.