## Traci Greenberg

| | |
|---|---|
| **From:** | Noreen Kemether [Noreen.Kemether@dol.lps.state.nj.us] |
| **Sent:** | Wednesday, August 13, 2008 12:08 PM |
| **To:** | Traci Greenberg |
| **Subject:** | RE: Larry Hazzard |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Answers to discovery are out to the clients for review - I am on vacation starting Friday until 9/2 - if I do not get them to you by tomorrow - I will get them to you 9/2 upon my return from vacation - hope that won't be a problem.  Thanks.

>>> "Traci Greenberg" <TGreenberg@DiscrimLaw.net> 8/7/2008 11:38:22 AM >>>
Dear Ms. Kemether:

I am writing to follow up on my email of July 25, 2008.  I still have not received Defendants' discovery responses to the discovery requests we propounded back in March.  Please furnish Defendants' responses to Plaintiff's discovery requests no later than Friday, August 15, 2008 to avoid the filing of a motion to compel.

Thank you for your anticipated cooperation.

Very truly yours,


Traci M. Greenberg, Esquire
SIDNEY L. GOLD & ASSOC., P.C.
1835 Market Street, Ste. 515
Philadelphia, PA 19103
(215) 569-1999 phone
(215) 569-3870 facsimile

** CONFIDENTIALITY NOTE

This e-mail message is confidential, intended only for the named
recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.
If
you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.


-----Original Message-----
From: Noreen Kemether [mailto:Noreen.Kemether@dol.lps.state.nj.us]
Sent: Friday, July 25, 2008 11:58 AM
To: Traci Greenberg
Subject: Re: Larry Hazzard

Save the $ - no need to send overnight mail.

Noreen P. Kemether, Esquire, MBA
Deputy Attorney General
State of New Jersey - Division of Law
R.J.Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625
609-777-3401 (direct dial)
fax: 609-984-6446
Noreen.Kemether@dol.lps.state.nj.us

1



```
>>> "Traci Greenberg" <TGreenberg@DiscrimLaw.net> 7/25/2008 1  39:42
AM
>>>
```
Dear Ms. Kemether:

We are sending Plaintiff's Responses to Defendants' Interrogatories and Request for Production of Documents via overnight mail. You will have the responses on Monday. Please let me know when I can expect to received your clients' responses to our discovery requests so that we can move forward and schedule depositions.

   look forward to hearing from you.

Very truly yours,


Traci M. Greenberg, Esquire
SIDNEY L. GOLD & ASSOC., P.C
1835 Market Street, Ste. 515
Philadelphia, PA 19103
(215) 569-1999 phone
(215) 569-3870 facsimile

** CONFIDENTIALITY NOTE

This e-mail message is confidential, intended only for the named
recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.
If
you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.




Notice:  This e-mail message and any attachment to this e-mail message contain information that may be legally privileged and confidential from the State of New Jersey, Department of Law and Public Safety, Division of Law.  If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.
If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 609-292-5660 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the State of New Jersey, Department of Law and Public Safety, Division of Law.
This notice is automatically appended to each e-mail message leaving the State of New Jersey, Department of Law and Public Safety, Division of Law.




Notice:  This e-mail message and any attachment to this e-mail message contain information that may be legally privileged and confidential from the State of New Jersey, Department of Law and Public Safety, Division of Law.  If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.
If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 609-292-5660 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the State of New Jersey, Department of Law and Public Safety, Division of Law.  This notice is automatically appended to each e-mail message leaving the State of New Jersey, Department of Law and Public Safety, Division of Law.