

# State of New Jersey

JON S. CORZINE
Governor

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112
Noreen.Kemether@dol.lps.state.nj.us

ANNE MILGRAM
Attorney General

ROBERT J. GILSON
Director

September 24, 2008

**Via Electronic Filing**
The Honorable John J. Hughes
U.S. Magistrate Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State St., Room 6000
Trenton, NJ 08608

    Re:   **Larry Hazzard v. State Athletic Control Board, et al.**
              **Docket No. U.S.D.C.N.J. 08-CV-60 (FLW)**

Dear Judge Hughes:

    I represent the defendants in this matter. Kindly accept this in Response to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, with a hearing date of October 6, 2008, and Plaintiff's Motion for Extension of Time to Complete Discovery and All Other Dates, with a hearing date of October 20, 2008.

    With respect to the Motion to Compel Answers to Interrogatories and Production of Documents, verified answers to these discovery requests were forwarded to plaintiff's counsel on September 17, 2008, so this Motion should be either withdrawn by plaintiff or rendered moot.

    With respect to the Motion for Extension of Time to Complete Discovery and All Other Dates, defendants have no objection to this Motion and ask for at least a ninety (90) extension of all the deadlines. Thank you for your courtesies in this regard.

                                              Respectfully submitted,

                                              ANNE MILGRAM
                                              ATTORNEY GENERAL OF NEW JERSEY

NPK:ljj                                By:   s/Noreen P. Kemether(NK9583)
cc: Traci M Greenberg, Esq.            Noreen P. Kemether
                                                    Deputy Attorney General

