ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants By: Noreen P. Kemether
   Deputy Attorney General
   (609) 777-3401
   noreen.kemether@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| LARRY HAZZARD,<br>    Plaintiff,<br>v.<br><br>STATE ATHLETIC CONTROL BOARD OF THE STATE OF NEW JERSEY, and<br>OFFICE OF ATTORNEY GENERAL OF THE STATE OF NEW JERSEY<br>    Defendants. | Civil Action No.: 08-cv-60 (FLW)<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

The matter having been amicably agreed upon by the parties, it is hereby stipulated and agreed that the above-captioned matter be and hereby is **DISMISSED, WITH PREJUDICE,** without costs against either party.

ATTORNEY FOR PLAINTIFF

SIDNEY L. GOLD & ASSOCIATES, P.C.

By: _/s/_
Sidney L. Gold, Esq.
Sidney L. Gold & Associates, P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103

Dated: June 17, 2009

ATTORNEY FOR DEFENDANTS

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _/s/_
Noreen P. Kemether
Deputy Attorney General

Dated: June 19, 2009