Case 3:08-cv-00060-FLW-DEA   Document 29   Filed 06/22/2009   Page 1 of 1
06/18/2009 16:23 FAX 215 569 1870   SID GOLD ASSOCIATES   @003
Case 3:08-cv-00060-FLW-DEA   Document 28   Filed 06/19/2009   Page 1 of 1

ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants By: Noreen P. Kemether
Deputy Attorney General
(609) 777-3401
noreen.kemether@dol.lps.state.nj.us

**RECEIVED**
JUN 22 2009
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

LARRY HAZZARD,
    Plaintiff,
v.

STATE ATHLETIC CONTROL
BOARD OF THE STATE OF NEW
JERSEY, and
OFFICE OF ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY
    Defendants.

Civil Action No.: 08-cv-60 (FLW)

Civil Action

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

The matter having been amicably agreed upon by the parties, it is hereby stipulated and agreed that the above-captioned matter be and hereby is **DISMISSED, WITH PREJUDICE,** without costs against either party.

ATTORNEY FOR PLAINTIFF

SIDNEY L. GOLD & ASSOCIATES, P.C.

By: _/s/_
Sidney L. Gold, Esq.
Sidney L. Gold & Associates, P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103

Dated: June 17, 2009

ATTORNEY FOR DEFENDANTS

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _/s/_
Noreen P. Kemether
Deputy Attorney General

Dated: June 19, 2009

IT IS SO ORDERED:

_/s/_
FREDA L. WOLFSON, U.S.D.J.
6-20-09